Pro Se 14 (INND Rev. 2/20)                                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Transgender Person:
Mrs. EyeKeyla My'Twana Carruthers Washington    DOC# 968159

[You are the PLAINTIFF, print your full name on this line.]

    WCF - Westville Correctional Facility
v.  Warden - Galipeau                                      3:23-cv-496
                                                    Case Number _____
    Case Worker #4 - Kimberly Hines,            [For a new case in this court, leave blank.
                                                 The court will assign a case number.]
[The DEFENDANT is who you are suing. Put ONE name on
this line. List ALL defendants below, including this one.]

FILED MAY 30 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>WCF - Westville Correctional Facility | 5501 S 1100 W.<br>Westville In. 46391 |
| 2 | [Put the names of any other defendants in these boxes.]<br>Warden - Galipeau | 5501 S 1100 W<br>Westville In. 4639 |
| 3 | Case Worker #4 - Kimberly Hines | 5501 S 1100 W<br>Westville In. 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? __WCF - Westville Correctional Facility__
__5501 South 1100 West Westville In. 46391__

3. Did the event you are suing about happen there? ⊗ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? __4/13/2023__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. 9,999,000 United States of American Currency. 1st amendment violation 4th/amendment, 5th/amendment 6th/ amendment 8th/amendment 14th/amendment.

2. I'm a proud L.G.B.T.Q.+ member who's diagnosed w/ Gender Dysphoria/Transgender disorder. I am in fear of my life, safety, security, mental health, physical health, public health, and Welfare. I'm also experience immediate danger and psychological harm. WCF has employed unfit officials who has excessively sexual harrassed, Retaliated, intimidated, and punished me for being gender dysphoria person. Incarcerated Inmate has experience by Kimberly Hines caseworker #1 - harrassment, Failure To return legal mail, cruel and unusual punishment, 3 and I suffer for being Gender Dysphoria. Warden-Galipeau My overseer does not respond as I'm being physically and w/me being harmed w/ immediate danger. I fear for my Welfare inside wcc/wcf. Under penalties for perjury all foregoing is true & correct.

Sincerely, This Writer.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                         page 4

5. When did this event happen?
  ○ Before I was confined.
  ○ While I was confined awaiting trial.
  ● After I was convicted while confined serving the sentence.
  ○ Other: _____

6. Have you ever sued anyone for this exact same event?
  ● No.
  ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
  ○ No, this event is not grievable at this prison or jail.
  ● Yes, I filed a grievance and attached is a copy of the response from the final step.
  ○ Yes, this event was grievable, but I did not file a grievance because No Response. Grievance was sent to Protected Conduct Specialist Shannon Smith. No answer.

8. If you win this case, what do you want the court to order the defendant(s) to do?
  [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

  9,999,000 United States of American Currency. For Kimberly Hines to treat Gender Dysphoria Fairly. Warden Galipeau to Respond.

[Initial Each Statement]
_EMcW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMcW_ I will keep a copy of this complaint for my records.
_EMcW_ I will promptly notify the court of any change of address.
_EMcW_ I WILL NOT send more than one copy of any filing to the court.
_EMcW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMcW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/14/2023 at 8 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mrs. Carruthers Washington                                           DOC# 968154
Signature                                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]